FILED

07/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0185

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT NO. DA 21-0185

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

TRUSS WORKS, INC., a Montana
Corporation,

                Plaintiff and Appellee,

    -vs-

OSWOOD CONSTRUCTION COMPANY,
a Montana corporation, *et al.*,

           Defendants and Appellants.

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING
UNOPPOSED MOTION
FOR EXTENSION OF TIME
TO FILE APPELLANTS'
<u>OPENING BRIEF</u>**

Appellants, OSWOOD CONSTRUCTION COMPANY, *et al.*, having moved in accordance with Rule 26(1), M.R.App.P., for an extension of time of thirty (30) days, up to and including August 24, 2021, within which to file and serve Appellant's opening brief, and the motion being unopposed,

IT IS HEREBY ORDERED that the motion is granted; Appellants' opening brief in this matter is now due on August 25, 2021.

Dated this __ day of July, 2021.

_____
Bowen Greenwood
Clerk of the Montana Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 21 2021